# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| **JHANAK BAHADUR PUN,** Petitioner | **CIVIL DOCKET NO. 1:20-CV-00972-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **WARDEN, ET AL,** Respondents | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is hereby DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers, this 30th day of November, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE